

Nixon Peabody LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Thaddeus J. Stauber**
Partner

T / 213.629.6053
F / 866.877.2293
tstauber@nixonpeabody.com

March 17, 2026

Clifton Cislak, Circuit Clerk
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001-2866

**VIA CM/ECF**

**RE:    Plaintiffs' Notice of Supplemental Authority pursuant to Rule 28(j)**

**No. 24-7045, David L. de Csepel, et al., v. Republic of Hungary, et al.; and**
**No. 24-7148, David L. De Csepel, et al., v. Republic of Hungary, et al.**
**(Consolidated for purposes of oral argument)**

Dear Mr. Cislak:

On behalf of Defendants-Appellees in the above-captioned matter, we write in response to Plaintiffs-Appellants Rule 28(j) letter filed on March 16, 2026. The "change in controlling law" referenced by Plaintiffs, a Senate bill amending the Holocaust Expropriated Art Recovery Act of 2016 (S. 1884), has not been signed into law and is accordingly not a pertinent and/or significant authority under Rule 28(j), nor is it otherwise binding on this Court. Since the proposed legislation has yet to be enacted into law—as Plaintiffs readily acknowledge—we respectfully request that the Court disregard Plaintiffs' Rule 28(j) letter as premature.

Respectfully submitted,

Thaddeus J. Stauber

Counsel of record for Defendants/Appellees

cc:    Counsel of Record (via CM/ECF)

4898-9618-1400.1