# United States Court of Appeals

District of Columbia Circuit
Washington, D.C. 20001-2866

Clifton B. Cislak
Clerk

General Information
(202) 216-7000

May 27, 2026

Charlene Goodwin
Lead Case Management Analyst
Office of the Solicitor General
of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

> RE: No. 24-7045 and 24-7148, *David L. de Csepel, et al v. Republic of Hungary, et al.*

Dear Ms. Goodwin:

On May 18, 2026, Defendant-Appellees the Hungarian National Gallery, et al., notified the court pursuant to Fed. R. App. P. 44(a) that they are challenging the constitutionality of the Holocaust Expropriated Art Recovery Act of 2025, PL 119-82, April 13, 2026, 140 Stat 752 ("2025 HEAR Act"). Accordingly, the Clerk is certifying that fact to the Office of the Solicitor General.

I have attached a copy of the notice advising of the purported constitutional challenge. If you require any other information, please contact Meg Beardsley at 202-216-7317.

Very truly yours,
Clifton B. Cislak, Clerk


BY: /s/
Lillian Wright
Deputy Clerk


Attachment


cc: All counsel

E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE ● 333 CONSTITUTION AVENUE N.W.