# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-7045**

**September Term, 2025**

**1:10-cv-01261-JDB**

**Filed On:** July 24, 2026

David L. De Csepel, et al.,

      Appellants

   v.

Republic of Hungary, a foreign state, et al.,

      Appellees

---

**No. 24-7148**

**1:10-cv-01261-JDB**

David L. De Csepel, et al.,

      Appellants

   v.

Republic of Hungary, a foreign state, et al.,

      Appellees

**BEFORE:** Pillard and Pan, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellants' motion to vacate the panel decision and remand, or alternatively for supplemental briefing, and to withhold the mandate; appellees' response, including the motion to vacate the panel decision as to twenty-six of the twenty-eight claims, preserve dismissal of the remaining two claims, remand without instructions, and issue a partial mandate; the replies; and the notice of constitutional challenge; it is

**ORDERED** that appellants' motion be granted in part, and the panel opinion filed January 23, 2026 be vacated as to twenty-six of the twenty-eight claims. The claims associated with that portion of the opinion are hereby remanded to the district court for further proceedings in light of the Holocaust Expropriated Art Recovery Act of 2025, Pub. L. No. 119-82, 140 Stat. 752 (April 13, 2026). It is

**FURTHER ORDERED** that appellees' motion be granted. As to the remaining two claims, which concern the works _In the Studio_ and _Portrait of the Architect Mátyás_

*Zitterbarth*, the Clerk is directed to issue the mandate forthwith to the district court.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/
        Daniel J. Reidy
        Deputy Clerk